UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSIC GROUP MACAO COMMERCIAL OFFSHORE LIMITED,<br><br>            Plaintiff,<br><br>      v.<br><br>DAVID FOOTE,<br><br>            Defendant. | Case No.  14-cv-03078-JSC<br><br>**ORDER SETTING CASE MANAGMENT CONFERENCE**<br><br>Re: Dkt. No. 162 |

In light of the parties' settlement, all pending hearing dates are hereby vacated. A case management conference is set for October 15, 2015 at 1:30 p.m., in Courtroom F, 450 Golden Gate Ave., San Francisco, California.  If a stipulation for dismissal is not filed by October 13, 2015, a joint case management conference statement shall be filed by noon on October 14, 2015.

**IT IS SO ORDERED.**

Dated: September 21, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge