| | |
|---|---|
| David Nied (SBN 136413)<br>Wendy L. Hillger (SBN 178682)<br>**AD ASTRA LAW GROUP, LLP**<br>582 Market Street, Suite 1015<br>San Francisco, CA 94104<br>Telephone: (415) 795-3579<br>Facsimile:  (415) 276-1976<br>dnied@astralegal.com<br>whillger@astralegal.com | Andrew P. Holland/Bar No. 224737<br>aholland@thoits.com<br>Mark V. Boennighausen/Bar No. 142147<br>mboennighausen@thoits.com<br>Jared M. Ahern/Bar No. 279187<br>jahern@thoits.com<br>**THOITS LAW**<br>A Professional Corporation<br>400 Main Street, Suite 250<br>Los Altos, California 94022<br>Telephone:    (650) 327-4200<br>Facsimile:     (650) 325-5572 |
| Attorneys for Plaintiff/Counterdefendant<br>Music Group Macao Commercial Offshore Limited | Attorneys for Defendant and Counterclaimant<br>David Foote |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MUSIC GROUP MACAO COMMERCIAL OFFSHORE LIMITED,** a Macao entity,<br><br>             Plaintiff,<br><br>     v.<br><br>**DAVID FOOTE,**<br><br>             Defendant. | No.  **3:14-cv-03078-JSC**<br><br>**JOINT STIPULATION OF DISMISSAL** |
| **DAVID FOOTE, an individual**,<br><br>             Counter-claimant,<br><br>     v.<br><br>**MUSIC GROUP MACAO, COMMERCIAL OFFSHORE LIMITED, a Macao entity,**<br><br>             Counter-defendant. | |

63528.001/734653v1

3:14-cv-03078-JSC

JOINT STIPULATION OF DISMISSAL

Plaintiff and Counterdefendant, Music Group Macao Commercial Offshore Limited ("Music Group") and Defendant and Counterclaimant, David Foote ("Mr. Foote") by and through their respective counsel file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Music Group and Mr. Foote stipulate as follows:

1. The Parties have settled this case pursuant to a confidential settlement; and
2. The Parties shall bear their own costs and attorneys fees; and
3. The Parties stipulate the entire case should be dismissed with prejudice.

| THOITS LAW | AD ASTRA LAW GROUP, LLP |
|---|---|
| By: /s/ Andrew P. Holland | By: /s/ David Nied |
| Andrew P. Holland | David Nied |
| Attorneys for Defendant and Counterclaimant | Attorneys for Plaintiff and Cross-Defendant |
| David Foote | Music Group Macao Commercial Offshore Limited |

**FILER'S ATTESTATION**

I, Andrew P. Holland, am the ECF user whose identification and password are being used to file this Joint Stipulation of Dismissal. In compliance with Local Rule 5-1(i)(3). I hereby attest that David Nied concurs in this filing.

Dated: october 7, 2015



GRANTED
Judge Jacqueline Scott Corley